**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LILYAN NAVARRO, | No. C 11-0031 NJV |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME   (Doc. No. 5) |
| v. | |
| WILLIAM CAHILL, CAROL CAHILL, dba CAHILL'S PATRIOT, *et al*, | |
| Defendants. | |

On January 31, 2011, the court received from Defendants a request and stipulation for a thirty-day extension of time for Defendants to answer the complaint. Good cause appearing, Defendants' request is **GRANTED**. Defendants are granted to and including February 25, 2011, to file their answer.

Dated: February 10, 2011.

NANDOR J. VADAS
United States Magistrate Judge